IN THE UNITED STATES DISTRICT COURT FOR
THE MIDDLE DISTRICT OF ALABAMA

2015 MAY 27  A 10: 03

_Brent Jacoby # 291560_
Full name and prison number
of plaintiff(s)

DEBRA P. HACKETT, CLK
U.S. DISTRICT COURT
MIDDLE DISTRICT ALA

v. _Commissioner Thomas, Warden Gordy_
_Warden Carlton, Lt. Bennett,_
_Lt. Scott, Sgt Nolan, Officer_
_Curry, Officer Span, Cpt Harris_

CIVIL ACTION NO. _2:15-CV-367-MHT-WC_
(To be supplied by Clerk of
U.S. District Court)

_Jury Trial Demanded_
_Injunctive Relief for a Transfer_
_out of Ventress Prison, Punitive_
_and compensatory Damages, Jointly_
_and Severally for emotional distress &_
_Injuries_

Name of person(s) who violated
your constitutional rights.
(List the names of all the
persons.)

I.    PREVIOUS LAWSUITS
      A.    Have you begun other lawsuits in state or federal court
            dealing with the same or similar facts involved in this
            action?  YES (  )  NO ( ✓ )

      B.    Have you begun other lawsuits in state or federal court
            relating to your imprisonment?  YES ( ✓ )  NO (  )

      C.    If your answer to A or B is yes, describe each lawsuit
            in the space below.  (If there is more than one lawsuit,
            describe the additional lawsuits on another piece of
            paper, using the same outline.)

            1.    Parties to this previous lawsuit:

                  Plaintiff(s) _Brent Jacoby vs County of Oneida etal_

                  Defendant(s) _County of ONEIDA, et. al._

            2.    Court (if federal court, name the district; if
                  state court, name the county) _United States District_
                  _Court Northern District of N.Y._

3.  Docket number __05-CV-1254__

4.  Name of judge to whom case was assigned _Cant_
    _Remember Plus all lawbooks and legalwork taken by warden._

5.  Disposition (for example: Was the case dismissed?
    Was it appealed? Is it still pending?) _Settled_
    _out of Court $50 000_

6.  Approximate date of filing lawsuit _2005_

7.  Approximate date of disposition _2010_

II. PLACE OF PRESENT CONFINEMENT _Ventress Corr. Fac._
    _379 Highway 239  Clayton AL, 36016_

    PLACE OF INSTITUTION WHERE INCIDENT OCCURRED _Ventress Corr Fac._

III. NAME <u>AND ADDRESS</u> OF INDIVIDUAL(S) YOU ALLEGE VIOLATED YOUR
     CONSTITUTIONAL RIGHTS.

| | NAME | ADDRESS |
|---|---|---|
| 1. | Commissioner Thomas WARDEN Carlton | Ventress Corr Fac. |
| 2. | Lt. Scott | 379 Highway 239 |
| 3. | Lt. Bennett | Clayton AL 36016 |
| 4. | Sgt. Nolan | |
| 5. | C/o Span | |
| 6. | Cpt. Pamela Morris | |
| 7. | Officer Curry | |

IV. THE DATE UPON WHICH SAID VIOLATION OCCURRED _Dont have exact_
    _dates, Warden Jones confiscated all my lawwork and lawbook r_
    _But occurred in may/June 2014_

V.  STATE BRIEFLY THE GROUNDS ON WHICH YOU BASE YOUR ALLEGATION
    THAT YOUR CONSTITUTIONAL RIGHTS ARE BEING VIOLATED:

    GROUND ONE: _Please See Attached_

N266

# STATE OF ALABAMA

Department of Corrections
Inmate Stationary

2-A

#2) Jacoby vs Fischer et.al. (# 10-CV-0920)(W.N.N.Y 2010) Lost case in 2013 to Summary Judgment But survived the screening stage (No strike)

#3) Jacoby vs Sears et.al. (# 07-0872)(N.D.N.Y. 2011) Settled out of court $1800

#4) Jacoby vs Moscicki (#07-342)(W.D.N.Y. 2007) Dismissed for Failure to state a Claim (1 strike at screening stage)

#5) Jacoby vs Buncombe County, Drug treatment program (9-304-03) (W.D.N.C Aug 7 2009) Dismissed for Failure to state a Claim (2 strikes at Screening Stage)

#6) Jacoby vs Baldwin County et.al. (# 12-CV-0197) (S.D.AL.) Appealed up to Supreme Court, still waiting for decision because lost in Summary Judgment and lost in 11th Circuit Court of Appeals.

#7) Jacoby vs Baldwin County AL et.al. (#12-CV-0366) (S.D.AL) Lost on Summary Judgment but Appealed to 11th Cir. Court of Appeals. Was Appointed a lawyer because Judge said case was Not Frivilous. Claims still pending.

#8) Jacoby vs Baldwin County AL et.al. (#12-CV-0640) (S.D.AL.) Lost on Summary Judgment but Appealed to 11th Circuit Court of Appeals. Was Appointed A lawyer because Judge said case was not Frivilous Claims still pending.

N266

## STATE OF ALABAMA

2-B

### Department of Corrections
### Inmate Stationary

#9) Jacoby vs. Mack et. al., (# 13-cv-0070)
(S.D.AL.) Lost on Summary Judgement but
Appealed the Report and Recomendation to the
District Court Judge for Review (Still Pending)

Ground one: Inadequate Grievance system (1st
Amendmant Violation)

Facts: Warden Carlton was at the time this Assault
on Mr. Jacoby occured the warden in Charge of Inmate
Safety, Security and disciplinary Infractions. And Captain Pamela
Harris was also in Charge of the Inmates in segregation and
dealt with all complaints and disciplinary Infractions.

Mr. Jacoby began writing Grievances/complaints to
Captain Harris and Warden Carlton imediately following the
Violent Assault on Jacoby by Inmate Kenneth Palmore
because: (A) Sgt Nolan and Lt. Scott or Lt Bennett failed to
lock Inmate Palmore up in Segregation after Jacoby told
them that Inmate Palmore was Sexually harassing him
by following him to the showers and masterbating while looking
at him, stalking Jacoby to Chow, pill call, yard call and
touching on his butt. Jacoby told Lt scott or Lt Bennett
(Jacoby cant Remember who was on Duty this night) and
Sgt Nolan that Palmore stole his lock, cigaretts, boots and
even told them that Palmore threatened to kill him with a knife
and make him be in a sexual relationship with him and be
his girlfriend. No responses were given period about these complaints

(B). Mr. Jacoby wrote Grievances and complaints to Carlton
and Harris About how officer Span let palmore come back in

N266

## STATE OF ALABAMA

Department of Corrections
Inmate Stationary

2-C

The Dorm 3 hours later (After he was moved to another Dorm Away From Jacoby) Because officer spann let Kenneth Palmore into a unauthorized Area (which is a Rule Violation) Jacoby was Savagely Beaten while he was asleep and given 2 Black eyes, a Busted Lip, Bruised cracked Rib and Knots on his Head and Busted Cheek. Jacoby was taken to the hospital where he received medical Attention and Pictures of all his wounds. No Responses were ever given to Jacoby Grievances to Cpt Harris and Warden Carlton

Grand two: Failure To Protect (8th Amendment Violation)

Facts:    During the month of May or June 2014, While Jacoby was Sleeping in D-1 Palmore, Kenneth was trying to make Jacoby be in a Homosexual Relationship with him. Inmate Jacoby is a Bisexual white male and was not intrested in being in a Relationship with him. Palmore is a Violent Inmate that came From a maximum State prison whom was Arrested and Sentenced to prison for Violent crimes. He has a Reputation for being a Violent assultive Inmate and for having sexually assaulting and harassing other inmates at other prisons and has this on his Disciplinary Record.

Palmore and Jacoby were in D-1 together and for about 2 weeks straight Inmate Palmore would not take Rejection from Jacoby when he kept trying to intimidate Jacoby into a Relationship and would offer Jacoby money for sexual Favors. He would Literally stalk Jacoby to the Chow hall, pill call line, Law Library and Showers. Palmore would touch Jacobys butt and not quit when he would scream at him to stop and Palmore would pull his penis out and masturbate on him without his Consent. On the evening before Jacoby was Violently assaulted by Palmore

N266

## STATE OF ALABAMA

Department of Corrections
Inmate Stationary

2-D

Palmore Stated Bitch im gonna kill you, your always gonna be mine and went into Jacobys Lock Box, and took his cigaretts, lock and key chopsots and said you want it come get it. Jacoby has had enough and started having a anxiety attack, couldnt breath, and was crying out of fear, Frustration and humiliation. He Ran out the door and reported this to officer Curry and even hit #77 (Prison Rape Elimination Act) (Prea.) on Palmorecuz he was scared.

Jacoby then reported everything to Curry, Sgt Malony Lt. Scott or State Bennett. Palmore and Jacoby were in the Hallway and Palmore admitted to Sgt Nolan that he did take/steal Jacobys property and said "thats my Girlfriend". He did because Jacoby was with Aloysius Henry # 152683 at the time A old man who was also scared and couldn't fight for Jacoby like he wanted to. Sgt Nolan got Jacobys stuff back From Palmore and wouldn't even lock him up, He only moved him to C-Dorm.

Roughly 3-4 hours later while Jacoby was sleeping, Palmore came back to D-1 Without permission, wich is a Rule violation (Being in a unauthorized Area). Officer Spann let him in the Door and walk into Jacobys living Area where Jacoby was sleeping. Palmore then began savagely beating Jacoby with his Fist and kicking him off the Bed onto the floor. Jacoby woke up on the Floor with 2-swollen Black eyes, Busted face with Blood dripping everywhere From his cuts on his cheeks and lip and he had knots on his head and a Bruised crack Rib.

Jacoby was taken to medical, cleaned up, pictures were taken and Palmore was taken to lockup. Had the defendants done their Job and followed ALABAMA Dept. of Corr. Rules and policies Palmore would have been locked up

# STATE OF ALABAMA

Department of Corrections
Inmate Stationary

immediately under investigation and for admitting to stealing. Sgt Nolan didnt do His Job nor did Lt Scott or Bennett. Officer Spann didnt do his Job cause he let a inmate illegally come into a dorm he didnt live in (after All this was reported 3 hour earlier) and he almost killed JAcoby. Had these Sgts and Lts locked Palmore up this wouldnt of happend.

Grand three:) Due process Clause (14th Amendment.)

During the month of May/June 2014 Jacoby WAS having an anxiety attack from all the said problems with Inmate Palmore stated in Grounds: 1 and 2. Jacoby was given a disciplinary by officer Curry for being loud and Disorderly with Kenneth Palmore. Jacoby was not loud and disorderly nor creating any disturbances. He was having an Anxiety Attack (Jacoby sUffErs From Bipolar disorder and Anxiety/depression) Jacoby went to his hearing, pled not Guilty to Lt. Scott but was found guilty and given 30 days in Segregation. Lt Scott had no business doing Jacobys Hearing as She was working the night he reported Palmore to the D.O.C. Officers. Jacoby was the victim of unreported Sexual abuse/theft and came to the officers crying for help. He wasnt creating A disturbance he was having a Anxiety Attack.

Jacoby Appealed his disciplinary to Warden Carter but was never even given any response in writing, the disciplinary wasnt Even Recorded For Appellate Review. After 30 days was up Jacoby was let out of the lockup dorm and went Back to D-1 and Palmore

N266

**STATE OF ALABAMA**

Department of Corrections
Inmate Stationary

2-F

Stayed in a cell behind a door. About a week later Cpt Harris wanted Jacoby to sign a Living Agreement to let Palmer out of lockup cell. Jacoby said no he needed to rot in lockup and he didnt feel safe with Palmer running Around. Cpt Harris locked Jacoby BACK up in the Disciplinary Dorm and let Palmer out of a lockup cell when his disciplinary time wasnt even over. He still had about 45 days left to do (He had 75-100 days disciplinary time). Cause he was found guilty of all charges.

Jacoby had his mother call up here and complain and Jacoby borrowed another inmates cell phone and called up to the prison and pretended to be a lawyer and asked to speak to Warden Carlton. Jacoby Basicly threatned a lawsuit to the warden with all the court room Lingo lawyers use and the Warden Fell for it thinking Jacobys lawyer was really on the phone. So Cpt Harris came back to the lockup dorm to let Jacoby out of lockup but made him sign a Living Agreement Just to get out. and they locked Palmer back up to Finish his 75-100 day sentence.

Furthermore this Facility is Notorious For ignoring Grievances that Inmates Submit and they dont even pass out Grievance Forms, stating we dont have any. So Inmates are forced to hand write them on Shationary and turn them in. They (Administration) intentionaly not allow us to exhaust our Remedies so we cant sue them for violating our rights Because they know this will be the 1st defense given under the P.L.R.A. (Failure to Exhaust). However mr Jacoby is not ignorant of the law and has Never had his claims dismissed For Failure to Exhaust He even has a Petition/Grievance/declaration with 50 signatures on it (Notorized) Regarding Grievances being extinct,

N266

**STATE OF ALABAMA**

Department of Corrections
Inmate Stationary

2-Ꝛ

Jacoby did send copies of the Grievance to Then Commissioner Kim Thomas, Warden Carlton, Cpt Harris 3 times but Never got Responses. He also Reported this to Investigator Gordon From P.R.E.A. Who come to see Jacoby for an hour & took his statements and complaints (Audio and Hand written).

## Verification & Sworn Declaration

By my Signature below, I swear \ Affirm under the penalty of perjury that the Facts set out in this complaint are true and correct. I am the Plaintiff here in and made this complaint under 1983 to the best of my memory. Accurate dates and Times as well as names can not be given until the discovery phase starts due to the Fact over 2000 pages of legal documents ended up missing along with my law Books. I am only unsure of 2 names Lt Scott and Lt Bennett.

Brint Jacoby Pro Se
5-18-15

## Continuance

Grand 4: Unsafe Environment \ Lack of officers (8th Amendment)

Supporting Facts: Commissioner Kim Thomas, Warden Cordy and Warden Carlton do not have enough officers employed at

N266

# STATE OF ALABAMA

Department of Corrections
Inmate Stationary

2-H

Ventress Correctional Facility to keep inmates safe. Each Dorm consists of 2 sides\wings wich at the time of said incident housed Roughly 120 inmates to 150 on each side. During this time Jacoby was housed in D-Dorm wich housed a total of 240-300 Inmates. Only one officer often worked the Dorms when a minimum of 2-3 officers are spposed to be on Duty. 1 officer is to watch the D-1 side, one officer is to watch the D-4 side and one officer is to be in the officers station. This has been the normal custom at Ventress to have only one officer watching 240-300 Inmates because Commissioner Thomas, Warden Coordy and Carlton couldn't keep enough officers employed for whatever Reasons. This is not safe and often times Inmates get Jumped on and stabbed and or Die because of the lack of security to protect inmates. There is no way one officer can run the control Booth and be on 2 seperate wings at the same time to keep the violence down. This was the case on the day officer Spann was working when Inmate Palmore Savagely Beat Jacoby and sent him to the Infirmary.

No cameras are up in place to catch inmates and officers Breaking the Rules and laws. This isn't safe and something needs to be done. As of this day there is still only one officer working the Dorms and nothing is being done to stop the violence and smuggling of cellphones, Drugs and weapons throughout the prison.

Verification & Sworn Declaration.
Jacoby Realleges and Incorporates the same Verified complaint and Declaration Submitted on pg 2-6.

Brent Jacoby Pro Se

STATE BRIEFLY THE FACTS WHICH SUPPORT THIS GROUND. (State as
best you can the time, place and manner and person involved.)

Please See Attached

GROUND TWO:

SUPPORTING FACTS:

GROUND THREE:

SUPPORTING FACTS:

3

VI.  STATE BRIEFLY EXACTLY WHAT YOU WANT THE COURT TO DO FOR YOU.
MAKE NO LEGAL ARGUMENT.   CITE NO CASES OR STATUTES.

I want this court to allow me a Jury trial and Award ~~punitive~~ compensatory Damages IN their official and INDIVIDUAL capacities, move From Ventress Prison As I Know Retaliation is coming.

Brent Jacoby, Pro Se
Signature of plaintiff(s)

I declare under penalty of perjury that the foregoing is true and correct.

EXECUTED on  5-18-15 .
(Date)

Signature of plaintiff(s)

Verification & DECLARATION

I Brent Jacoby am the Plaintiff Herein and do Verify that all Said words wrote in this claim Are true and correct and Are made on Affirmation and Belief and Are Accurate etc. etc. to the Best of my memory. ALL my law work over 2000 pages and law Books were taken By the warden at this Prison with her reasoning being (I don't Need Inmates like you in my prison) and I WAS even locked up in Segregation with no Disciplinary Action taken whatsoever and im Still in lockup unable to get law Books from the law Library.

4

5/18/15

N266

# STATE OF ALABAMA

**Department of Corrections**
*Inmate Stationary*

## Certificate of Service

I Brent Jacoby have on this 22nd day of May 2015 served the United States Middle District Court a copy of said 1983 Civil Rights complaint to the Clerk of courts by U.S. Postal Service through the Ventress mail room.

Brent Jacoby Pro Se
# 291860
379 Highway 239
Clayton Al 36016