IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

| | |
|---|---|
| BRENT JACOBY,                  )<br>                                )<br>    Plaintiff,              )<br>                                )<br>    v.                          )<br>                                )<br>COMMISSIONER THOMAS, et   )<br>al.,                            )<br>                                )<br>    Defendant.              )  | CIVIL ACTION NO.<br>2:15cv367-MHT<br>(WO) |

JUDGMENT

Pursuant to Federal Rule of Civil Procedure 41(a)(2), it is ORDERED that:

(1) The motion to voluntarily dismiss (doc. no. 52) is granted.

(2) All claims against defendants Lt. Bennett and Christopher Gordy are dismissed without prejudice, with costs taxed as paid, and said defendants are terminated as parties to this action.

The court assumes that defendants have no objection to the allowance of the dismissal; however, if there

are any objections, they must be filed within seven days from the date of this order.

The clerk of the court is DIRECTED to enter this document on the civil docket as a final judgment pursuant to Rule 58 of the Federal Rules of Civil Procedure.

This case is not closed.

DONE, this the 4th day of April, 2016.

                               /s/ Myron H. Thompson  
                               UNITED STATES DISTRICT JUDGE