IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

| | | |
|---|---|---|
| BRENT JACOBY, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | CIVIL ACTION NO. |
| v. | ) | 2:15cv367-MHT |
| | ) | (WO) |
| COMMISSIONER THOMAS, | ) | |
| et al., | ) | |
| | ) | |
| Defendants. | ) | |

OPINION

Pursuant to 42 U.S.C. § 1983, plaintiff, a state prisoner, filed this lawsuit contending that prison officials at Ventress Correctional Facility failed to protect him from assault by another prisoner, failed to provide an adequate grievance system, and violated his due process rights in the disciplinary process. This lawsuit is now before the court on the recommendation of the United States Magistrate Judge that defendants' motion for summary judgment should be granted. There are no objections to the recommendation. After an independent and de novo

review of the record, the court concludes that the magistrate judge's recommendation to grant summary judgment should be adopted, although not necessarily for the same reasons relied upon by the magistrate judge. In other words, the court's adoption of the recommendation does not mean that the court fully agrees with magistrate judge's reasoning.

An appropriate judgment will be entered.

DONE, this the 29th day of August, 2018.

        /s/ Myron H. Thompson
        **UNITED STATES DISTRICT JUDGE**