IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

```
BRENT JACOBY,                   )
                                )
     Plaintiff,                 )
                                )       CIVIL ACTION NO.
     v.                         )         2:15cv367-MHT
                                )              (WO)
COMMISSIONER THOMAS,            )
et al.,                         )
                                )
     Defendants.                )
```

**ORDER**

It is ORDERED that:

(1) Plaintiff Brent Jacoby's motion for a continuance to obtain more records (doc. no. 82) and his motion for a 10-business-day extension to file court-requested documents (doc. no. 83) are granted only to the extent that the court will consider the evidence plaintiff Jacoby submitted as attachments to these motions; the motions are otherwise denied as moot in light of the opinion and order to be entered today.

(2) Plaintiff Jacoby's motion to allow evidence (doc. no. 84) is denied as moot in light of the opinion and order to be entered today.

DONE, this the 17th day of July, 2019.

                                        /s/ Myron H. Thompson
                                        **UNITED STATES DISTRICT JUDGE**